IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HANS OWENS, | * |
| | * |
| Plaintiff, | * |
| v. | *   CASE NO: 5:20-cv-00307-TES |
| | * |
| PERDUE FARMS, INC., A Corporation, | * |
| | * |
| Defendant. | * |

## ORDER

Before the court is Defendant Perdue Farms, Inc.'s Motion to Dismiss or, Alternatively, to Substitute the Correct Corporate Entity as the Defendant and Brief in Support. [Doc. #6]. Plaintiff filed a response in opposition to the Motion. [Doc. #13]

The Motion is due to be denied.

Done this ___17___ day of ___Sep___, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE