IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HANS OWENS, <br><br> Plaintiff, <br><br> v. <br><br> PERDUE FARMS INC. & PERDUE FOODS LLC, <br><br> Defendants, <br><br> AND <br><br> PERDUE FARMS INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> THE VINCIT GROUP d/b/a QSI INC., <br><br> Third-Party Defendant, | CIVIL ACTION NUMBER: <br><br> 5:20-cv-00307-TES |

**STIPULATION FOR SUBSTITUTION OF PARTIES**

Plaintiff, Perdue Farms Inc., and Perdue Foods LLC hereby agree and stipulate as follows:

1) The undersigned attorneys agree and confirm that they represent the parties to this stipulation and have authority to enter into this stipulation.

2) The parties hereby agree to stipulate to substitute Perdue Foods LLC in place of Perdue Farms Inc. in the above civil action. Perdue Farms Inc. will be dismissed from this action without prejudice. A joint Motion and Consent Order to Dismiss Perdue Farms Inc. will be filed by counsel for Plaintiff pursuant to Federal Rule of Civil Procedure 41.

3) This Stipulation is being filed contemporaneously with Plaintiff's withdrawal of his Motion for Reconsideration as to this Court's April 29, 2021 Order dismissing Perdue Foods LLC.

4) The Parties stipulate and agree that Perdue Foods LLC owns and operates the facility where Plaintiff was injured.

Respectfully submitted this 6th day of June, 2021.

| **HALL BOOTH SMITH, P.C.** | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** |
|---|---|
| /s/ *Tiffany R. Winks* | /s/ *Kendall C. Dunson* |
| _____ | _____ |
| James H. Fisher, II | Kendall C. Dunson, Esq. |
| Georgia Bar No. 261850 | Georgia Bar No. 234663 |
| Tiffany R. Winks | *Attorney for Plaintiff* |
| Georgia Bar No. 626413 | |
| Austin Atkinson | P.O. Box 4160 |
| Georgia Bar No. 935864 | Montgomery, Alabama   36103 |
| *Attorneys for Defendant* | Phone: (334) 269-2343 |
| | Kendall.dunson@beasleyallen.com |
| 191 Peachtree Street, NE, Suite 2900 | |
| Atlanta, Georgia  30303 | **ADAMS, JORDAN & HERRINGTON** |
| Phone:  (404) 954-5000 | /s/ *Caroline W. Harrington* |
| Fax:  (404) 954-5020 | _____ |
| jfisher@hallboothsmith.com | Caroline W. Herrington, Esq. |
| twinks@hallboothsmith.com | Georgia Bar No. 153008 |
| aatkinson@hallboothsmith.com | *Attorney for Plaintiff* |
| | |
| | 577 Mulberry Street, Suite 1250 |
| | Macon, Georgia   31202-0928 |
| | Phone: (478) 743-2159 |
| | cherrington@adamsjordan.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| HANS OWENS, | |
| Plaintiff, | |
| v. | |
| PERDUE FARMS INC. & PERDUE FOODS LLC, | CIVIL ACTION NUMBER: |
| Defendants, | 5:20-cv-00307-TES |
| AND | |
| PERDUE FARMS INC., | |
| Third-Party Plaintiff, | |
| v. | |
| THE VINCIT GROUP d/b/a QSI INC., | |
| Third-Party Defendant, | |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing **STIPULATION FOR SUBSTITUTION OF PARTIES** using the Court's ECF/CM E-file system, which will automatically serve counsel of record as follows:

Kendall C. Dunson, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama  36103
Kendall.dunson@beasleyallen.com
*Attorney for Plaintiff*

Caroline W. Herrington, Esq.
Lauren M. Childs, Esq.
ADAMS, JORDAN & HERRINGTON
577 Mulberry Street, Suite 1250
Macon, Georgia   31202-0928
cherrington@adamsjordan.com
lchilds@adamsjordan.com
*Attorneys for Plaintiff*

Mathew D. Brownfield, Esq.
J. Scott McDearman, Esq.
GRANT, KONVALINKA & HARRISON, P.C.
633 Chestnut Street, Suite 900
Chattanooga, Tennessee 37450-0900
MBrownfield@gkhpc.com
SMcDearman@GKHpc.com
*Attorneys for The Vincit Group d/b/a QSI Inc.*

Dated this 6th day of June, 2021.

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | /s/ *Tiffany R. Winks* |
|  | _____ |
| 191 Peachtree Street, NE, Suite 2900 | Tiffany R. Winks |
| Atlanta, Georgia  30303 | Georgia Bar No. 626413 |
| Phone:  (404) 954-5000 | *Attorney for Defendants* |
| Fax:  (404) 954-5020 |  |