IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **HANS OWENS,** | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CASE NO: 5:20-cv-00307-TES |
| | * | |
| **PERDUE FOODS, LLC, a Corporation,** | * | |
| | * | |
| Defendant, | * | |
| | * | |
| **PERDUE FARMS, INC., A Corporation,** | * | |
| | * | |
| Defendant and Third-Party | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| **THE VINCIT GROUP d/b/a QSI, INC.,** | * | |
| | * | |
| | * | |
| Third-Party Defendant. | * | |

## MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff, by and through undersigned counsel, and pursuant to the Joint Stipulation to Substitute Parties [Doc. #60] hereby withdraws his Motion for Reconsideration [Doc. #50] of this Court's Order [Doc. #46] granting Defendant Perdue Foods, LLC's Motion to Dismiss.  The Joint Stipulation substituting Perdue Foods, LLC for Perdue Farms, Inc., and the anticipated vacation of the subject Order render's Plaintiff's Motion for Reconsideration moot.

                                                                                       ___/s/ Kendall C. Dunson_____
                                                                                       KENDALL C. DUNSON
                                                                                       Georgia Bar No. 234663
                                                                                       Attorney for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN,

   PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103
334/269-2343 (ph)
Kendall.dunson@beasleyallen.com

                                         */s/ Caroline W. Herrington*
                                       CAROLINE W. HERRINGTON
                                       Georgia Bar No. 153008
                                       Attorney for Plaintiff

OF COUNSEL:
ADAMS, JORDAN &
 HERRINGTON, P.C.
577 Mulberry St., Ste. 1250
Macon, GA 31202
478/743-2159 (ph)
cherrington@adamsjordan.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **HANS OWENS,** | * |
| | * |
| **Plaintiff,** | * |
| v. | *   **CASE NO: 5:20-cv-00307-TES** |
| | * |
| **PERDUE FARMS, INC., A Corporation,** | * |
| | * |
| **Defendant and Third-Party** | * |
| **Plaintiff,** | * |
| v. | * |
| | * |
| **THE VINCIT GROUP d/b/a QSI, INC.,** | * |
| | * |
| **Third-Party Defendant.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the foregoing _____ using the Court's ECF/CM E-file system, which will send notification of such filing to the following parties listed below this ____ day of April, 2021.


   ___/s/ Kendall C. Dunson_____
   KENDALL C. DUNSON
   Georgia Bar No. 234663


James H. Fisher
Tiffany R. Winks
Austin Atkinson
HALL BOOTH SMITH, P.C.
101 Peachtree Street NE, Ste. 2900
Atlanta, GA 30303
(404) 954-5000 (ph)
jfisher@hallboothsmith.com
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com
Attorneys for Defendant Perdue Farms, Inc.
  and Perdue Foods, LLC

Mathew D. Brownfield
J. Scott McDearman
GRANT, KONVALINKA
  & HARRISON, P.C.
633 Chestnut Street, Ste. 900
Chattanooga, TN 37450-0900
423-756-8400 (ph)
mbrownfield@gkhpc.com
smcdearman@gkhpc.com
Attorneys for Third-Party Defendant
  The Vincit Group, d/b/a QSI