**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| HANS OWENS,<br><br>      Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC., A Corporation,<br><br>      Defendant and Third-Party Plaintiff,<br><br>v.<br><br>THE VINCIT GROUP d/b/a QSI INC.,<br><br>      Third-Party Defendant, | CIVIL ACTION NUMBER:<br><br>5:20-cv-00307-TES |

**PROPOSED SCHEDULING AND DISCOVERY ORDER**

The parties held a Rule 26(f) conference on June 11, 2021. In accordance with the Court's Order [Doc. #67] dated June 7, 2021, the parties to this action conferred and jointly developed this Proposed Scheduling and Discovery Order (the "Proposed Order") containing deadlines and limitations as follows:

**I.      Nature of the Case:**

Plaintiff's Complaint alleges negligence against the Defendant Perdue Foods, LLC. for failure to isolate and verify isolation of power to a machine Plaintiff was cleaning when he was injured.  Other parties and claims may be added should Plaintiff determine the design of the subject machine was also causal in the incident.

1

Defendant Perdue Foods LLC denies Plaintiff's claims of negligence and alleges Third-Party Defendant, The Vincit Group is obligated to indemnify, hold harmless and defend Defendant Perdue Foods, LLC

## II.    Counsel of Record:

The following individually named attorneys are designated lead counsel for the parties:

Please include all relevant contact information for each lead counsel or pro se litigant, including mailing address, phone number, facsimile number, and email address.

**For the Plaintiff:**

Kendall C. Dunson
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103
334/269-2343 (ph)
Kendall.dunson@beasleyallen.com

Caroline W. Herrington
Lauren M. Childs
ADAMS, JORDAN & HERRINGTON, P.C.
577 Mulberry St., Ste. 1250
Macon, GA 31202
478/743-2159 (ph)
cherrington@adamsjordan.com
lchilds@adamsjordan.com

**For the Defendant/Third-Party Plaintiff, Perdue Foods LLC:**

James H. Fisher, II
Tiffany R. Winks
Austin Atkinson
HALL BOOTH SMITH, P.C.
191 Peachtree Ste. 2900,
Atlanta, GA 30303
(404) 954-5000
jfisher@hallboothsmith.com
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com

**For the Third-Party Defendant, The Vinit Group:**

Mathew D. Brownfield
J. Scott McDearman
GRANT, KONVALINKA & HARRISON, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
(423) 756-8400
SMcDearman@gkhpc.com
Mbrownfield@gkhpc.com

## III.   Complaint and Answer filing dates:

Complaint was filed:                                  August 5, 2020

Perdue Foods, LLC Answer was filed:                   August 27, 2021

The Vincit Group Answer was filed:                    May 14, 2021

## IV.   Discovery Deadlines:

### A.   <u>Time for Discovery</u>

The parties hereby request 9 months to conduct discovery due to the complex nature of the case, COVID limitations and the likelihood of adding additional parties to the litigation.  Discovery closing March 21, 2022.

### B.   <u>Scope of Discovery</u>

Discovery will be needed on liability and damages.  The parties request that fact discovery be completed before expert witnesses are disclosed.

### C.   <u>Electronically Stored Information</u>

At this time, the parties do not anticipate any issues with respect to electronically stored information.

### D.   <u>Privilege Claims</u>

If any document is withheld from production under a claim of privilege or other exemption from discovery, the party so objecting shall state the title and nature of the document, and furnish

a list signed by the attorney of record giving the following information with respect to each document withheld:

(a) the name and title of the author and/or sender and the name and title of the recipient;

(b) the date of the document's origination;

(c) the name of each person or persons (other than stenographic or clerical assistants) participating in the preparation of the document);

(d) the name and position, if any, of each person to whom the contents of the documents have been communicated by copy, exhibition, reading or substantial summarization;

(e) a statement of the specific basis on which privilege is claimed and whether or not the subject matter or the contents of the document is limited to legal advice or information provided for the purpose of securing legal advice; and

(f) the identity and position, of the person or persons supplying the attorney signing the list with the information requested in subparagraphs above. The nature of the claim or privilege asserted; and the part or portion of the document for which the privilege is asserted. You are requested to provide a "privilege log" or list identifying with particularity, as stated above, any document withheld on the basis of privilege. See Fed. R. Civ. P. 16(b)(3)(B)(iv), 26(f)(3)(D).

E.    **Witnesses to be Deposed**

At this time the parties anticipate depositions will be necessary for the Plaintiff, Defendant(s), agents and employees of the Defendant(s), medical professionals, any disclosed experts and any witnesses identified in discovery.

F.    **Expert Witnesses**

1.    **Designation of Experts**

The Plaintiff must disclose the identity of any expert witness on or before December 13, 2021. The Defendant must disclose the identity of any expert witness on or before January 21, 2022.

### 2.      Expert Reports

Expert reports shall comply with Federal Rule of Civil Procedure 26(a)(2)(B). Any supplemental expert reports must be served on or before February 21, 2022.

### G.      Discovery Limitations or Need for Protective Order

The parties agree that requests for admission that are propounded solely to authenticate documents as provided for under Federal Rule of Civil Procedure 36(a)(1)(B) are excluded from Local Rule 36's limitation on the number of requests to admit that can be propounded.

The parties agree they are allowed to propound a maximum of 40 Interrogatories and Requests for Production.  A party seeking to exceed this limitation must first confer with counsel for the opposing party before seeking Court intervention.

Plaintiff would like to inspect the chiller machine that caused his injury in order determine the manufacturer of the machine and determine whether the manufacturer should be added as a party Defendant.  Plaintiff is working with Defendant Perdue Foods, LLC to schedule an inspection.

### H.      Discovery Disputes

Before moving for an order relating to discovery, including motions to compel or contested motions for protective orders, the movant must contact Cheryl Collins, Courtroom Deputy (478.752.2603) to request a telephone conference with the Court.

## V.      Time for Filing Motions:

### A.      Motions to Amend the Pleadings or to Join Parties

All motions by Plaintiff seeking to amend his pleadings or to join parties must be filed no later than August 2, 2021. Defendant(s) shall have 15 days thereafter to file all motions seeking to amend its pleadings or to join parties.

### B.   Dispositive Motions

All dispositive motions must be filed no later than 30 days after the expiration of discovery in this case.

### C.   Daubert Motions

All Daubert motions must be filed no later than 30 days after the expiration of discovery in this case.

## VI.   Certification of the Parties and Counsel:

The Parties, by the signature of counsel below, certify they have conferred and discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case, pursuant to Local Rule 26(a).

Counsel further certify they have read the Court's Rules 16 and 26 Order. All counsel of record shall digitally sign below.

Respectfully submitted this the 21st day of June, 2021.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303                              ___*/s/ Tiffany R. Winks*_____
Phone: (404) 954-5000                                James H. Fisher, II
Fax: (404) 954-5020                                  Georgia Bar No. 261850
jfisher@hallboothsmith.com                           Tiffany R. Winks
twinks@hallboothsmith.com                            Georgia Bar No. 626413
                                                     *Attorneys for Defendant*

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

P.O. Box 4160
Montgomery, Alabama 36103
Phone: 334-269-2343
Kendall.dunson@beasleyallen.com

___*/s/ Kendall C. Dunson*_____
Kendall C. Dunson, Esq.
GBN: 234663
*Attorney for Plaintiff*

**ADAMS, JORDAN & HERRINGTON**

577 Mulberry Street, Suite 1250
Macon, Georgia 31202-0928
Phone: 478-743-2159
Fax: 478-743-4938
cherrington@adamsjordan.com

___*/s/ Caroline W. Herrington*_____
Caroline W. Herrington, Esq.
GBN: 153008
*Attorney for Plaintiff*

**GRANT, KONVALINKA & HARRISON, P.C.**

633 Chestnut Street, Ste. 900
Chattanooga, TN 37450-0900
423-756-8400 (ph)
smcdearman@gkhpc.com

___*/s/ J. Scott McDearman*_____
J. Scott McDearman, Esq.
GBN: 784166
*Attorney for Third-Party Defendant The Vincit Group, d/b/a QSI*

7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| HANS OWENS, | |
| Plaintiff, | |
| v. | |
| PERDUE FOODS, LLC., A Corporation, | CIVIL ACTION NUMBER: |
| Defendant and Third-Party Plaintiff, | 5:20-cv-00307-TES |
| v. | |
| THE VINCIT GROUP d/b/a QSI INC., | |
| Third-Party Defendant, | |

**[Proposed] ORDER GRANTING PROPOSED**
**SCHEDULING AND DISCOVERY ORDER**

The Court, having reviewed the information contained in the Proposed Scheduling and Discovery Order completed and filed jointly by the parties to this action, hereby ADOPTS the parties' plan and MAKES IT THE ORDER OF THE COURT.

SO ORDERED, this _____ day of _____, 2021.

8

**Prepared by:**                          THE HON. TILMAN E. SELF, III, JUDGE
Kendall C. Dunson, Esq.                   U.S.D.C MIDDLE DISTRICT OF GEORGIA,
Georgia Bar No. 234663                    MACON DIVISION
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES,
P.C.**
P.O. Box 4160
Montgomery, Alabama 36103
Phone: 334-269-2343
Kendall.dunson@beasleyallen.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| HANS OWENS, | |
| Plaintiff, | |
| v. | |
| PERDUE FOODS, LLC., A Corporation, | CIVIL ACTION NUMBER: |
| Defendant and Third-Party Plaintiff, | |
| v. | 5:20-cv-00307-TES |
| THE VINCIT GROUP d/b/a QSI INC., | |
| Third-Party Defendant, | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the foregoing **PROPOSED SCHEDULING AND DISCOVERY ORDER** using the Court's ECF/CM E-file system, which will send notification of such filing to the following parties listed below this 21st day of June, 2021.

_____/s/ Kendall C. Dunson_____
KENDALL C. DUNSON
Georgia Bar No. 234663

James H. Fisher
Tiffany R. Winks
Austin Atkinson
HALL BOOTH SMITH, P.C.
101 Peachtree Street NE, Ste. 2900
Atlanta, GA 30303
(404) 954-5000 (ph)
jfisher@hallboothsmith.com
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com
Attorneys for Defendant Perdue Foods, LLC

J. Scott McDearman
GRANT, KONVALINKA
   & HARRISON, P.C.
633 Chestnut Street, Ste. 900
Chattanooga, TN 37450-0900
423-756-8400 (ph)
smcdearman@gkhpc.com
Attorney for Third-Party Defendant
   The Vincit Group, d/b/a QSI