# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| HANS OWENS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERDUE FOODS LLC,<br><br>　　　　Defendant. | NO. 5:20-CV-00307-TES |

## PERDUE FOODS LLC'S MOTION FOR SUMMARY JUDGMENT

Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864

HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303
Phone: (404) 954-5000
Fax: (404) 954-5020
twinks@hallboothsmith.com
aatkinson@hallboothsmith.com
*Counsel for Perdue Foods LLC*

In accordance with Federal Rule of Civil Procedure 56 and Local Rule 56, Perdue Foods LLC respectfully moves for summary judgment. Along with this motion, Perdue Foods LLC is filing its Brief in Support of Its Motion for Summary Judgment, its Statement of Material Facts, and all cited exhibits. Also, in accordance with the Court's protective order and its order allowing certain documents to be filed under seal, Perdue Foods LLC is filing sealed copies of certain filings. *See* Doc. 80. Perdue has filed Exhibits A, B, and C in redacted form on the public record and unredacted copies under seal. The sealed documents are labeled Exhibits A-1, B-1, and C-1.

Respectfully submitted on June 3, 2022.

/s/ **Austin Atkinson**
_____
Tiffany R. Winks
Georgia Bar No. 626413
Austin Atkinson
Georgia Bar No. 935864

twinks@hallboothsmith.com
aatkinson@hallboothsmith.com
*Counsel for Perdue Foods LLC*

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| HANS OWENS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERDUE FOODS LLC,<br><br>　　　　Defendant. | NO. NO. 5:20-CV-00307-TES |

## CERTIFICATE OF SERVICE

I certify that, on June 3, 2022, I have filed a copy of the foregoing **PERDUE FOODS LLC'S MOTION FOR SUMMARY JUDGMENT** using the Court's CM/ECF e-filing system, which will send notification of such filing to counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/ *Austin Atkinson*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Tiffany R. Winks
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 626413
　　　　　　　　　　　　　　　　　　　　Austin Atkinson
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 935864

　　　　　　　　　　　　　　　　　　　　twinks@hallboothsmith.com
　　　　　　　　　　　　　　　　　　　　aatkinson@hallboothsmith.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Perdue Foods LLC*