IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HANS OWENS, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-307-TES |
| | * |
| PURDUE FOODS LLC, | |
| | * |
| Defendant/Third-Party Plaintiff, | |
| | * |
| v. | |
| | * |
| THE VINCIT GROUP d/b/a QSI INC., | |
| | * |
| Third-Party Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 13, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant PURDUE FOODS LLC. Plaintiff HANS OWENS shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 13th day of October, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk