IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HANS OWENS, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-CV-00307-TES |
| | * |
| PERDUE FARMS INC et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

    Pursuant to the Order of this Court filed November 18, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Defendant Perdue Foods LLC, attorneys' fees in the amount of $24,438.00. This amount shall accrue interest from the date of entry of judgment at the rate of 4.73% per annum until paid in full.

    This 18th day of November, 2022.

                                            David W. Bunt, Clerk

                                            s/ Tydra Miller, Deputy Clerk